UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  Case No. 2:11-cr-20425
                                         Hon. Robert H. Cleland

v

AMANDA MORRIS,

        Defendant.
_____/

## ORDER FOR WAGE ASSIGNMENT

This matter having come before the Court upon the agreement of the parties, and the Court finding cause, now therefore,

IT IS ORDERED that defendant, **Amanda Morris** shall assign **$50.00 *bi-weekly***, from her **bi-weekly** wages, for application against the judgment in this case; and

IT IS FURTHER ORDERED that **Shish Garden** shall deduct the sum of **$50.00** per bi-weekly pay period from the *gross* bi-weekly wages of **Amanda Morris,** whose social security number is XXX-XX-4673; and

IT IS FURTHER ORDERED that **Shish Garden** shall remit the monies so deducted to the Clerk of the Court – Eastern District of Michigan, 5th Floor, Theodore Levin US Courthouse and Federal Building, 231 W. Lafayette, Detroit, MI 48226; and

IT IS FURTHER ORDERED that the Clerk of the Court shall disburse these funds in accordance with the provisions of the judgment in this case; and

IT IS FURTHER ORDERED that this order shall remain in effect until such time as the judgment in this case is paid in full, **Amanda Morris** is no longer employed with, or working for, **Shish Garden** or further order of the Court; and

IT IS FURTHER ORDERED that the United States shall promptly serve a copy of this order on the defendant and on **Shish Garden,** 22673 Allen Road, Woodhaven, MI 48183.

Dated: January 13, 2016         s/Robert H. Cleland
                                HONORABLE ROBERT H. CLELAND
                                United States District Judge